UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

CIVIL ACTION NO. 05-313-KKC

SHANNON BILLY RILEY,                                                                PETITIONER

v.                                              **OPINION AND ORDER**

JOHN MOTLEY, Warden,                                                              RESPONDENT.

\* \* \* \* \* \* \*

On December 22, 2005, pro se Petitioner, Shannon Billy Riley ("Riley"), filed a Third Amended Petition for Writ of Habeas Corpus. [DE # 31]. On May 1, 2006, the Respondent, John Motley, filed a Motion for Summary Judgment. [DE # 39]. Consistent with local practice, this matter was referred to the United States Magistrate Judge for consideration.

The Magistrate Judge filed a Report and Recommendation [DE # 48] on June 22, 2006. Based on a review of the state court record and the applicable case law relevant to federal habeas corpus petitions, the Magistrate Judge concluded that the Petitioner is not entitled to federal habeas corpus relief. Accordingly, the Magistrate Judge recommends that the Petition for Writ of Habeas Corpus [DE #31] be denied and that Respondent's Motion for Summary Judgment [DE #39] be granted.

This Court must conduct a *de novo* review of those portions of the Magistrate Judge's proposed report and recommendation to which objection is made. 28 U.S.C. § 636(b)(1)(C).

On July 5, 2006, Petitioner filed fourteen pages of objections, accompanied by exhibits, to the report and recommendation [DE #50]. Having considered all of Petitioner's objections, which the Court finds to be totally without merit, and having conducted a de novo review, the Court hereby adopts the Magistrate Judge's proposed findings of fact and conclusions of law.

Accordingly, the Court, being otherwise sufficiently advised, **HEREBY ORDERS** that:

(1) The Report and Recommendation [DE # 48] is ADOPTED as the opinion of this Court;

(2) Respondent's Motion for Summary Judgment [DE #39] is GRANTED;

(3) Petitioner's Petition for a Writ of Habeas Corpus [DE #31] is DENIED; and

(4) judgment will be entered contemporaneously with this opinion and order in favor of the Respondent.

This the 3rd day of January, 2007.

Signed By:

*Karen K. Caldwell* KKC

United States District Judge